# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG MICHAEL TITUS,
            Petitioner,

vs.

THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING,
            Respondent.

No. 76520

**FILED**

AUG 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING WRIT PETITION*

This is an original petition for a writ of mandamus. Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. We

ORDER this writ petition DISMISSED.

_____, J.
     Pickering

_____ J.
   Gibbons

_____, J.
   Hardesty

cc:   Craig Michael Titus
      Attorney General/Carson City
      Pershing County Clerk

18-31993